UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROLAND DAVID THOMPSON<br>LA. DOC #455074 | CIVIL ACTION NO. 14-2505 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN TIMOTHY KEITH | MAGISTRATE JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**MONROE, LOUISIANA,** this 6th day of November, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE